**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN AT CCI, et al.,<br><br>        Defendants. | No.  1:23-cv-01706 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING ACTION<br><br>(Doc. 13) |

Alejandro Sanchez is proceeding *pro se* and *in forma pauperis* in this action, in which he seeks to hold the defendants liable for violations of his civil rights while housed at the California Correctional institution in Tehachapi. (*See generally* Doc. 11.) The magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. §§ 1915 and 1915A and found Plaintiff failed to state a cognizable claim upon which relief may be granted. (Doc. 13 at 3-5.) The magistrate judge recommended the amended complaint be dismissed without leave to amend because Plaintiff was previously notified of the deficiencies and failed to cure the pleading deficiencies. (*Id.* at 5.)

Plaintiff filed timely objections to the Findings and Recommendations. (Doc. 14.) However, Plaintiff does not identify facts that support determination that he stated a cognizable claim. In addition, Plaintiff fails to show there are additional facts to support his claims, such that leave to amend should be granted.

1

According to 28 U.S.C. § 636 (b)(1)(C), the Court performed a *de novo* review of the case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 25, 2024 (Doc. 13), are **ADOPTED** in full.
2. This action is **DISMISSED** without leave to amend.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 17, 2024**

UNITED STATES DISTRICT JUDGE